2:25-mj-00430-DUTY

FINDING RE PROBABLE CAUSE

On February 2, 2025, at __1:52__ a.m./p.m., Special Agent Dylan Greer of Homeland Security Investigations appeared before me telephonically regarding the probable cause arrest of defendant NADIA LORAINE THOMAS, occurring on or about January 31, 2025, at Los Angeles, California.

Having reviewed the Criminal Complaint and supporting affidavit filed concurrently herewith, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/_x_/ It is ordered that defendant NADIA LORAINE THOMAS be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on _____.

/____/ It is ordered that defendant NADIA LORAINE THOMAS be discharged from custody on this charge forthwith.

DATED: February 2, 2025, at __1:52__ a.m./p.m.

_____
HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE